**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Tyler Prince

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TYLER PRINCE,**

Plaintiff,

v.

**BANK OF THE WEST; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**

Defendants.

**Case No.:** CV16-5829 TJH (AJWx)

**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**

**HON. TERRY J. HATTER JR.**

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff TYLER PRINCE ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Equifax be vacated and that the Court set a deadline on or after November 8, 2016 for filing a Joint Dismissal.

Dated: September 8, 2016

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement re: Equifax* has been filed this 8th day of September, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker