**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Tyler Prince

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER PRINCE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF THE WEST; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>    Defendants. | **Case No.:** CV16-5829 TJH (AJWx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC ONLY**<br><br>**HON. TERRY J. HATTER JR.** |

///

---

**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff TYLER PRINCE ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Trans Union with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Trans Union be vacated and that the Court set a deadline on or after December 14, 2016 for filing a Joint Dismissal.

Dated: October 14, 2016  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Trans Union LLC* has been filed this 14th day of October, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker