**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Tyler Prince

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYLER PRINCE,**<br><br>                Plaintiff,<br><br>    v.<br><br>**BANK OF THE WEST; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>                Defendants. | **Case No.:**  CV16-5829 TJH (AJWx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT BANK OF THE WEST ONLY**<br><br>**HON. TERRY J. HATTER JR.** |

///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff TYLER PRINCE ("Plaintiff") and Defendant BANK OF THE WEST ("Bank of the West") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Bank of the West with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Bank of the West be vacated and that the Court set a deadline on or after December 14, 2016 for filing a Joint Dismissal.

Dated: October 14, 2016                                Respectfully submitted,

                                                               **KAZEROUNI LAW GROUP, APC**

                                          By: _____/s/ Matthew M. Loker____
                                                      MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Bank of the West* has been filed this 14th day of October, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                         ____/s/ Matthew M. Loker____
                                                                Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626