**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@mpglaw.com*

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TYLER PRINCE,<br>         Plaintiff,<br>    vs.<br><br>BANK OF THE WEST; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br>         Defendants. | Case No. 2:16-cv-05829 TJH (AJWx)<br><br>Hon. Terry J. Hatter Jr., Courtroom 17<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [JS-6]** |

1032791.1

Plaintiff Tyler Prince has announced to the Court that all matters in controversy against Defendant Trans Union LLC have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Tyler Prince against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same. All pending hearings are now off calendar.

DATED: February 24, 2017

*/s/ Terry J. Hatter, Jr.*
Hon. Terry J. Hatter Jr.
United States District Judge