Andrea L. Mazingo (State Bar No. 300824)
amazingo@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 553-7503
Facsimile: (949) 553-7539

Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER PRINCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF THE WEST; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:16-cv-05829-TJH-AJW<br><br>**STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint Filed: August 4, 2016 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss Defendant Experian Information Solutions, Inc. with prejudice. Each party is to bear its own costs and fees. This dismissal shall not affect the other named defendants in the lawsuit.

| | | |
|---|---|---|
| 1 | Dated: March 27, 2017 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Andrea L. Mazingo* |
| 4 | | Andrea L. Mazingo |
| 5 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | Dated: March 27, 2017 | KAZEROUNI LAW GROUP, APC |
| 8 | | |
| 9 | | By: */s/ Matthew M. Loker* |
| 10 | | Matthew M. Loker |
| 11 | | Attorneys for Plaintiff Tyler Prince |

**CERTIFICATE OF SERVICE**

I, Andrea L. Mazingo, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 27, 2017, I served a copy of the **STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Matthew M. Loker<br>Seyed Abbas Kazerounian<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>T: (800) 400-6808<br>F: (800) 520-5523<br>Email: ml@kazlg.com<br>Email: ak@kazlg.com<br>*Attorneys for Plaintiff* | Joshua B. Swigart<br>Hyde and Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>T: (619) 233-7770<br>F: (619) 297-1022<br>Email: josh@westcoastlitigation.com<br>*Attorneys for Plaintiff* |

| | |
|---|---|
| Donald E. Bradley<br>Musick Peeler and Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA  92626-1925<br>T:  (714) 668-2400<br>F:  (714) 668-2490<br>Email:  d.bradley@mpglaw.com<br>*Attorneys for Bank of the West and Trans Union, LLC* | Thomas P. Quinn, Jr.<br>Nokes and Quinn APC<br>410 Broadway, Suite 200<br>Laguna Beach, CA  92651<br>T:  (949) 376-3500<br>F:  (949) 376-3070<br>Email:  tquinn@nokesquinn.com<br>*Attorneys for Equifax Information Services, LLC* |

Executed on **March 27, 2017**, at Irvine, California.

*/s/ Andrea L. Mazingo*
Andrea L. Mazingo